**FILED**

**September 21, 2020**

**TN COURT OF
WORKERS' COMPENSATION
CLAIMS**

**Time 11:19 A.M. EASTERN**

## TENNESSEE COURT OF WORKERS' COMPENSATION CLAIMS
## BUREAU OF WORKERS' COMPENSATION

GREG ADKISSON,                     )
                                   )        DOCKET NO.        2020-03-0245
  Employee,              )
                                   )        STATE FILE NO.    13071-2020
v.                                 )
                                   )        RFA NO.           2020250136
G.UB.MK CONSTRUCTORS, INC.         )
                                   )        DATE OF INJURIES: 09/22/16[1]
  Employer,              )
                                   )

## AGREED COMPENSATION ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon Motion and Agreement of the parties and counsel, after telephonic mediation with Specialist Nina Harris on Thursday, September 17, 2020, and the parties agreement to an Order of Dismissal Without Prejudice of the Employee's alleged occupational exposure illnesses and/or injuries arising from the Employee's work for Employer as a heavy equipment operator on the Kingston Fly Ash Recovery Project during the time period of December 26, 2008 to March 30, 2012, the parties submit this Agreed Order for approval and entry by the Court of Workers' Compensation Claims.

While the parties dispute the compensability of the occupational exposure injuries and/or illnesses alleged in this matter, the parties stipulate that the Employee has a third party tort suit pending arising from these same claims, and that the Employee is currently

---

[1] The date of injury and compensability of this claim is disputed as the Employee continues to work full time, without restrictions, with a valid Class A Driver's License and current DOT medical certificate to drive commercial vehicles and/or operate heavy machinery. For the purposes of the Petition for Benefit Determination in this matter, the date of injury used is the date of the Employee's formal demand for settlement of his alleged claims against G.UB.MK.

1

Employee is currently working fulltime, without restrictions, as a heavy equipment operator for E. Luke Green & Company, and wishes to preserve his right to re-file his workers compensation claim for occupational injuries and/or illnesses in the future.

WHEREFORE, based upon the agreement and stipulations of the parties at mediation, the ~~Court finds~~ parties agree it is in the best interest of the Employee to dismiss Employee's claims of an occupational injury with the Employer, without prejudice to the refiling of same, should he become partially or totally incapacitated from working and provide medical proof that this incapacity is due to an occupational illness that is more than 50% related to the Employee's work for the Employer, considering all causes, pursuant to T.C.A § 50-6-102(14) and T.C.A. § 50-6-303(a).

The Court taxes the filing fee of $150.00 to G.UB.MK under Tennessee Compilation Rules and Regulations Rule 00800-02-21-.07 (2017), to be paid within five business days of the entry of this Order. In addition, G.UB.MK shall prepare and submit an SD-1 form within ten business days of the date of this Order.

IT IS SO ORDERED.

ENTERED  September 21, 2020

_Lisa A. Lowe_

Lisa A. Lowe            , JUDGE
Court of Workers' Compensation Claims

2

APPROVED FOR ENTRY:

BRIDGEFRONT LAW GROUP, LLC


JOHN B. DUPREE, BPR#017339
618 W. Hill Avenue, 2nd Floor
Knoxville, Tennessee 37902
865-223-5184
Attorney for Employee


BERNSTEIN STAIR & McADAMS LLP


KAREN G. CRUTCHFIELD, BPR #016651
W. TYLER CHASTAIN, BPR #016029
116 Agnes Road
Knoxville, Tennessee 37919
865-546-8030
Attorneys for Employer

# CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on September 21, 2020.

| Name | Mail | Fax | Via Email | Service sent to: |
|------|------|-----|-----------|------------------|
| John D. Dupree, Employee's Attorney | | | X | johnbdupree14@gmail.com |
| Karen G. Crutchfield, Employer's Attorney | | | X | kcrutchfield@bsmlaw.com |

Penny Shrum, Court Clerk
Wc.courtclerk@tn.gov